```
              IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )          4:01CR3105
                             )
               Plaintiff,    )
                             )               ORDER
     vs.                     )
                             )
ARRMON H. DAUGHERTY,         )
                             )
               Defendant.    )
```

On September 27, 2007, a dispositional hearing was held. The defendant appeared in person with his attorney, Michael Hansen. The United States was represented by Sara Fullerton, Assistant United States Attorney. Upon admission by the defendant that he violated the mandatory condition that states the defendant shall not commit another federal, state, or local crime, the Court found that the defendant did violate the terms and conditions of supervised release as alleged in the Report on Offender Under Supervision set out in allegations 1 and 2 (filing 398). On motion of the government, allegations 3 and 4 were dismissed. The Court reprimanded the defendant and stated that no more violations of supervised release will be tolerated.

IT IS ORDERED that defendant's supervised release is not revoked, and is continued under the same terms and conditions as previously imposed in the Second Amended Judgment filed June 15, 2004.

Following the imposition of sentence, the Court advised the defendant of the right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. §3742(a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

DATED: September 28, 2007.

                              BY THE COURT:

                              s /Richard G. Kopf
                              United States District Judge