IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:01CR3105 |
| ARRMON DAUGHERTY, ) | |
| Defendant. ) | |

## **ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 464, now set for December 16, 2009, at 12:00 noon until January 14, 2010. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 14th day of January, 2010, at 12:00 noon. The defendant is ordered to appear at such time.

Dated December 7, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge