IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3105 |
| | ) | |
| V. | ) | |
| | ) | |
| ARRMON H. DAUGHERTY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED that the Court declines to take judicial notice as requested in filing 500 and the request is denied. The Clerk shall provide the Court of Appeals with a copy of this Order.

   DATED this 13th day of June, 2011.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge